

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-15-00223-CV

## IN RE FALLS COUNTY

_____

## Original Proceeding

---

## ORDER

---

Falls County's Amended Petition for Writ of Mandamus was filed on July 21, 2015.  Now that it appears the various procedural deficiencies have been adequately resolved, the Court requests a response from the other parties to the proceeding.  *See* TEX. R. APP. P. 52.8(b).  Any response shall be filed with the Clerk of this Court no later than 14 days from the date of this notice.


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Response requested
Order issued and filed July 30, 2015

